## Anton O. Mathison, Appellant, v. Julia Mathison, Appellee.

### Gen. No. 5,958. (Not to be reported in full.)

Appeal from the Circuit Court of Will county; the Hon. CHARLES B. CAMPBELL, Judge, presiding. Heard in this court at the April term, 1914. Reversed and remanded with directions. Opinion filed July 31, 1914.

### Statement of the Case.

Bill by Anton O. Mathison against Julia Mathison for divorce on the ground of desertion. Defendant filed an answer denying desertion by her but alleging that the husband left her, and also filed a cross-bill for separate maintenance setting up that she had ceased marital relations with her husband on account of his improper relations with another woman. From a decree dismissing the original bill and granting relief on the cross-bill the complainant appeals.

E. MEERS, for appellant.

T. F. MONAHAN, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. HUSBAND AND WIFE, § 264*—*when evidence insufficient to sustain decree of separate maintenance.* Evidence *held* insufficient to sustain a decree for separate maintenance on the ground that the husband sustained improper relations with another woman, where the only evidence relating to such relation was a letter which the wife found purporting to be written to the husband, and it appeared that the finding of the letter was not the cause of her leaving her husband and the contents of the letter were not sufficient to show such relations.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

2.  DIVORCE § 48*—*evidence sufficient to establish desertion.* Evidence *held* sufficient to entitle a husband to divorce on the ground of desertion, where the wife sold the home and all the furniture and ceased to live with him and her only excuse for so doing was that he had improper relations with another woman, which relations were not established by the evidence.